**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 25−01862−eg                              Chapter: 13

**In re:**

Hunter Alston Smallwood

| Entered By The Court 08/18/25 | ORDER CONFIRMING PLAN | Filed By The Court 08/18/25 Lauren T Maxwell Clerk of Court US Bankruptcy Court |
|---|---|---|

The debtor's plan was filed on **05/15/2025,** with the stipulation filed on **N/A**. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

1. The plan is confirmed.

2. The court hereby values secured claims and voids liens as set forth in the confirmed plan or as established by separate order to the extent permitted by 11 U.S.C. § 506 (a), 506(d), § 1325(a), and applicable law to the extent so ordered or to the extent so valued in the plan.

3. Pursuant to 11 U.S.C. § 522(f)(1)(A) and/or (B), the court hereby finds that the judicial liens and nonpossessory, nonpurchase−money security interests to be avoided as set forth in the confirmed plan or by separate order impair an exemption to which the debtor would otherwise be entitled under 11 U.S.C. § 522(b) and South Carolina Code § 15−41−30 and are, therefore, avoided to the extent so ordered or to the extent so avoided in the plan.

**AND IT IS SO ORDERED.**

Elisabetta G.M. Gasparini
United States Bankruptcy Judge